IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 110-075 |
| | * | |
| REGINALD LONNEL CRAY | * | |

O R D E R

Before the Court in the captioned case is Defendant Reginald Lonnel Cray's request to terminate or reduce his term of supervised release. Defendant also requests removal of the requirement to be on the sex offender registry and other modifications of his release terms. (Doc. 173.) The United States Government opposes all aspects of Defendant's motion.

Defendant was sentenced on February 17, 2011, to serve 144 months imprisonment followed by a life-term of supervised release upon his plea of guilty to receipt of child pornography and possession of child pornography, specifically images of prepubescent minors.

Defendant began his term of supervised release on December 4, 2020 in this district; thus, he has not even served four years of supervised release. Although Defendant has been in compliance with the terms of his supervised release, this is simply too short a time period to adequately serve the statutory purposes of

sentencing and to protect the public. The Court cannot ignore the characteristics of this Defendant as revealed by the serious nature of his offenses nor the societal need for continued supervision. After all, upon consideration of the factors of 18 U.S.C. § 3553(a), the Court determined that nothing short of life-long supervision would protect the public, afford adequate deterrence, and reflect the seriousness of the offense. And, at the age of 62, Defendant is not a young man, but he is by no means elderly or infirm. Defendant's request to be removed from the sex offender registry is also premature.

Upon the foregoing, the Court determines that Defendant's terms of supervised release are appropriate as they exist and that Defendant is simply not entitled to a reduced term or modification at this time. Lest there be any question, the Court will not consider a reduction of the term of supervised release until this Defendant has served fifteen years of supervised release. Accordingly, Defendant Cray's motion for early termination of supervised release (doc. 173) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of July, 2024.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA